M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2019 APR 26  A 10: 30

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Solomon Jamall Barnett
Full name and prison name of
Plaintiff(s)

v.

Officer Smith
Sargel L. Parker
Sargel Hood
Nurse Dwyer
Doctor Straw
Chief Alexander
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 3:19-CV-294-WKW
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☐  No ☑

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES ☐   NO ☑

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Russell County Jail, P.O. Box 640 Phenix City, AL 36868

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED  Russell County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Officer Smith | |
| 2. Sargent J. Parker | |
| 3. Sarget Hood | |
| 4. Nurse Dwyer | |
| 5. Doctor Shaw | |
| 6. Cheff Alexander | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  September through

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____

V. **STATE BRIEFLY THE GROUND ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:**

**GROUND ONE:** Category One Offense Two. UNAUTHORIZED AREA (F) Officer Smith created such violation of my 14th Amend. and Russell Co. Rules which became a major violation of my 8th Amend.

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place, and manner and person involved.)

Feb. 14, 2019. Officer Smith, whom I asked not to open that I were asigned to (C-25) because inmate Carlos Cooks (Tree) and Robert fixen to take my store. When Tree went into his room then mine Robert and BB started to fight which lock us into the cell. Instead of Officer Smith locking C-Block down, he open the door while Tree exit the room with my store that created a fight between us. The only Officer (Marshel) whom locked down the block and took me back to medical cause Tree slammed me on my head. That were the only time I saw Sgt. 1. Parker whom kelpt reminding me of the situation and took whats left of a store. Then I were asigned to INTAKE cause I fell out (J-Block) J-11 which up to NOW I still get light headed.

**GROUND TWO:** In support of Ground One the result of the Nurses and Doctor help here which create a violation of TAMPERING WITH SAFETY as well as of my 14th Amend. and 8th Amend., to be in a UNSAITARY AREA (D) Offense One.

**SUPPORTING FACTS:** The time I spent in INTAKE 14th of Feb. until March the Nurses have been saying I could walk because the X-Ray say my leg isn't broken and I can go to the bathroom. Anyway, Nurse Dyer whom being instructed by Docotor Shaw to take the wheelchair. Without that support I could not write a complaint or greivance on the box (Kiod) I had to sit in INTAKE and SEG. (J-Block) without shower and cleaning along with headaches that pain meds just as painful to hear the Nurses talk about me like this dirty facility, cause of the order of the Nurses whom told Sgt. 1. Parker who made Officer Martin to take it.

GROUND THREE: In conclusion, Ground One and Two, the violation of our 14th Amend. which causes some ~~to be mental instable to stand trail~~ or express our 7th Amend. Many make choices that result to Category Four Offense E Running the Jail to Fighting C or B Assaulting any person or whatever, which all created by Chief Alexander whom created a major violation towards our 8th Amend.

SUPPORTING FACTS: The Staff actions effect our in so many ways that I asked for a DISCIPLINARY REPORT which I never recieved upon grievance through the 5th and 10th of March, even that said by Staff, March 7, Sgt. Hood passed out mail but never received mine cause of Ground One and Two, the result of that he missed placed it. After founding out that the Staff, read In-GOING and OUT-GOING MAIL an Officer brought me the mail a few weeks later. Or spending 30. min. in the Law Libarary which only I been in court for a BOND HEARING back in Sept. 2018 <u>So how could I comperhend what the Procedures are</u> when situtation like an Inmate name Holiday whom being sprayed and taized because Cpl. and Sgt. placed him into a cell full of fecual and ffials flood out on March 3, without the real situtation at that time on the Recording System, What would it say or you believe?

Solomon Jarnett 431725 April 21, 19

Sworn to subscribed before me this 24 day of April

_[signature]_
NOTARY PUBLIC

January 10, 2023
MY COMMISSION EXPIRES

Upond this day of APIRL 2, 2019, I were moved in K-Block because the Officers says my time was up in J-Block

In K-Block, I'm share a room with ELLIOTT DISHMAN in room 13. He said, when he got here in DEC. 6, the Nurses took him off his Mental Health Meds. And as he say as what the Nurses wrote back said, "that HE DIDN'T NEED IT ANY MORE". Then he told them about the MOLD but its BLACK MOLD. the Nurse told him, "They only give him something for his ALERGY instead curen the Black MOLD" on the BED and Room".

SOLOMON BARNETT / 431725 APIRL 2. 2019

Elliott Dishman 370246
WITNESS        DATE

Upond the day of March 31, 2019. An another person are been moved into K-Block name Adam Amato in room K-12. He told the Officers as well Sarget's about his conditions about the stiches being in his eye thats over an inch long. As far that I see upond the box where we write all of our complaints the Nurse told him 7-10 days to get them out. Now Its been 10 days as he been writing greivance cause the stiches looks like It tryin to get infected which today is APIRL 10, 2019 And he still got those stiches in his eye thats botheren him BAD as Its look.

SOLOMON BARNETT 431725 APIRL 10, 2019

Adam Amato 306225 April 10, 2019
WITNESS        DATE

Sworn to subscribed before me this 24 day of April,

[signature]
NOTARY PUBLIC

January 10, 2023
MY COMMISSION EXPIRES

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want a 1 million dollars and proper procedure to over turn

*Solomon Barnett*
(Signature of plaintiff(s))

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __APIRL, 21, 2019__
(Date)

(Signature of plaintiff(s))

Sworn to subscribed before me this __24__ day of __April__,

NOTARY PUBLIC

January 10, 2023
My Commission Expires



MONTGOMERY AL 360
25 APR 2019 PM 4 L
FOREVER
USA
Barn Swallow

US Middle District Court
1 Church St.
Montgomery, Al 36104

36104-401801