IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SOLOMON JAMALL BARNETT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 3:19-CV-294-WKW |
| OFFICER SMITH, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On February 25, 2022, the Magistrate Judge filed a Recommendation (Doc. # 30) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 30) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 21st day of March, 2022.

                                                /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE